DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**L.C.S.,** a child,
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

Nos. 4D18-3512, 4D18-3523, 4D18-3524 and 4D18-3525

[July 18, 2019]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Victoria L. Griffin, Judge; L.T. Case Nos. 312017CJ000291A, 312017CJ000303A, 312018CJ000006A and 312018CJ000220A.

Carey Haughwout, Public Defender, and Patrick Burke, Assistant Public Defender, West Palm Beach, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, GERBER and KUNTZ, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***